FILED
CLERK, U.S. DISTRICT COURT
May 17, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
5/17/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

# United States District Court

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>V.<br>**XAVIER BAHENA**<br>**REG#: 22518-057** | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER:<br>2:22-mj-01947-duty |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about April 26, 2022, in Santa Barbara County, in the Central District of California, defendant Xavier BAHENA ("BAHENA") did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about April 27, 2022, the United States Marshals Service received information from Chief Executive Officer Christopher Entzel at Federal Correctional Institution ("FCI") Safford, stating that BAHENA had failed to report to Lompoc Satellite Prison Camp ("SCP") located at 3901 Klein Blvd, Lompoc, California 93436. According to Bureau of Prisons ("BOP") records, BAHENA is a White male, approximately 5 feet, 7 inches tall, weighing approximately 160 pounds, with black hair and brown eyes. BAHENA is 37 years old and is a United States citizen.

From my review of court records, I learned that on October 21, 2019, in the United States District Court for the Central District of California, case number 2:18-CR-00354-DSF-6, BAHENA was sentenced to a term of 135 months imprisonment with 8 years supervision to follow for a conviction of 21 U.S.C. § 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances). On April 26, 2022, BAHENA was released from FCI Safford, Arizona on a furlough to Lompoc SCP. On the same date, at approximately 9:30 p.m. FCI Lompoc staff notified FCI Stafford that BAHENA had failed to report. BAHENA was placed on escape status due to unknown whereabouts.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

/s/ Daniel Garcia
Signature of Complaint
Daniel Garcia
Deputy U.S. Marshal

May 17, 2022
Date

Hon. Michael Wilner
Name & Title of Judicial Officer

at Los Angeles, California
City and State

Signature of Judicial Officer